UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD EDWARD SANBORN, | ) | CASE NO. EDCV 10-1303-VAP (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| RANDY GROUNDS, | ) ) | |
| Respondent. | ) ) | |

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

   DATED:   August 3, 2011          .


                              /s/ Virginia A. Phillips
                              VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_EDCV10-1303VAP(PJW)-SANBORN-Jdgmt.wpd